EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: 541-2850
FAX:       541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 02-00269 HG BMK |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT H. MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on June 12, 2002, a Default Judgment as to Defendant Robert H. Middleton was entered against Robert H. Middleton (SSN: XXX-XX-8560) in the U.S. District Court, District of Hawaii, ordering payment of principal of $6,775.20; plus interest on $6,775.20 at the rate of 4.0 percent per annum from April 18,

2002, until the date of judgment; plus assessment charge of $250.26; and interest on all the aforesaid amounts from the date of judgment at the rate of 2.35 percent per annum computed daily and compounded annually; plus costs of $150.00.

An Abstract of Judgment which created a lien on all real property of the defendant was recorded on August 6, 2002 at the Bureau of Conveyances, State of Hawaii, Document No. 2002-137060.

DATED:   July 10, 2008  , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/ Edric M. Ching
_____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff